UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 2:23-cr-73-SPC-KCD

NY'KERRIA BRANDICE BOSTON

## ORDER OF FORFEITURE

Before the Court is the United States' Motion for Order of Forfeiture. (Doc. 39). Now that Defendant has been adjudicated guilty, the Government seeks an order of forfeiture against the Defendant in the amount of **$5,541.62**, representing the amount of proceeds she obtained from her access device fraud charged in Count One of the Indictment. *See* 18 U.S.C. § 982(a)(2)(B); Fed. R. Crim. P. 32.2(b)(2). In so moving, the Government has connected the **$5,541.62** to the adjudicated offense.

Accordingly, it is

**ORDERED**:

The United States' Motion for Order of Forfeiture (Doc. 39) is **GRANTED**.

1. The Court thus finds that, pursuant to 18 U.S.C. § 982(a)(2)(B) and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure the defendant shall be held liable for an order of forfeiture in the amount of **$5,541.62.**

2. Because the **$5,541.62** in proceeds was dissipated by the defendant, the United States may seek, as a substitute asset, pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b)(1), forfeiture of any of the defendant's property up to the value of $5,541.62.

3. This order shall become a final order of forfeiture at sentencing.

4. Jurisdiction is retained to the extent necessary to complete the forfeiture and disposition of the asset.

**DONE AND ORDERED** in Fort Myers, Florida on December 21, 2023.

*[Signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:
Counsel of Record