UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                                            Case No.:    2:23-cr-73-SPC-KCD

NY'KERRIA BRANDICE BOSTON

_____

## **ORDER**

Before the Court is Defendant Ny'Kerria Brandice Boston's Unopposed Motion for Early Termination of Probation.  (Doc. 51).   In the motion, Defendant explains that the United States has no objection and the Probation Office takes no position on the motion.  (*Id.* at 1–2).  For the following reasons, the motion is granted.

Defendant pled guilty to fraudulent use of a government issued credit card.  In March 2024, the Court sentenced her to 36 months' imprisonment of probation. (Doc. 46).  Defendant explains that she has successfully maintained stable employment, tested negative on all urine screens, has no violations of probation, and has successfully completed all conditions of probation, including paying the full restitution amount.  (Doc. 51 at 3).

"The court may, after considering the factors set forth in section 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), (a)(6), and (a)(7)[,]

> (1) terminate a term of probation and discharge the defendant at any time after the expiration of one year of probation, pursuant to the provisions of the Federal Rules

of Criminal Procedure relating to the modification of probation, if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice."

18 U.S.C. § 3583(e)(1).

After considering the law against the record, the Court will end Defendant's term of probation early. Defendant has served more than half of her probation without incident. She is gainfully employed. The Government does not object to terminating her probation early, and the Probation Officer provides no reason for the Court to deny the motion. The Court thus finds that early termination of Defendant's probation is in the best interests of justice, Defendant, and the public.

Accordingly, it is

**ORDERED**:

Defendant NyKerria Brandice Boston's Unopposed Motion for Early Termination of Probation (Doc. 51) is **GRANTED**. Defendant's term of probation shall terminate on **July 31, 2026**.

**DONE** and **ORDERED** in Fort Myers, Florida on July 8, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record

2